UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN CHITADO TECHNOLOGY CO., LTD,<br><br>                              Plaintiff,<br>                -v-<br><br>GUANGZHOU HENGCHANGTONG MAOYI YOUXIAN GONGSI,<br><br>                              Defendant. | 23 Civ. 6367 (PAE)<br><br><u>ORDER TO<br>SHOW CAUSE</u> |

PAUL A. ENGELMAYER, District Judge:

On July 23, 2023, plaintiff filed the complaint in this case. Dkt. 1. On August 28, 2023, plaintiff submitted an executed waiver of service, making defendant's deadline to answer or otherwise respond November 8, 2023. Dkt. 11. Defendant has not responded to the complaint. Plaintiff, however, has not obtained a certificate of default from the Clerk of Court or filed a motion for default judgment against defendant, and no progress has otherwise been made in this case.

Accordingly, it is hereby ORDERED that plaintiff shall show cause by December 12, 2023 why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly submitting a motion for default judgment, pursuant to the Court's Individual Rules, which requires obtaining a certificate of default issued by the Clerk of Court prior to filing a motion for default judgment. Failure to submit a timely and proper motion for default judgment will result in dismissal without prejudice of this case under Rule 41.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 29, 2023
　　　　New York, New York